FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ERNEST MILLER,                           )   NO. CV 07-7209-GAF(E)
                                         )
              Petitioner,                )
                                         )
       v.                                )   JUDGMENT
                                         )
SUPERIOR COURT JUDGE                     )
DAVID MINTZ,                             )
                                         )
              Respondent.                )
_____)

       Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the Petition is denied and dismissed
without prejudice.

       DATED: _____1/23/08_____.


                          _____
                                GARY A. FEESS
                          UNITED STATES DISTRICT JUDGE